IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

HUNTER SMITH,                )
                             )
    Plaintiff,               )
                             )
vs.                          )   CIVIL ACTION 12-CV-1024
                             )
                             )   JUDGE HAYNES
JOHN M. MCHUGH,              )
Secretary of the ARMY,       )
                             )
    Defendant.               )   JURY REQUESTED

MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

*[Handwritten annotations: Granted. The motion is granted. The Conference is reset for January 4, 2013 at 2:00 pm. s/ WJH 11-26-12]*

Comes now the plaintiff, Hunter Smith, by and through undersigned counsel, and moves the Court to continue the Initial Case Management Conference set in this matter for November 26, 2012 at 2:00 p.m. to a date after December 17, 2012. In support thereof, Plaintiff would state unto the Court as follows:

1) That this matter is set for Initial Case Management Conference on November 26, 2012 at 2:00 p.m.;

2) That service by certified mail was made upon Jerry Martin on the 16th day of October, 2012;

3) That service by certified mail was made upon Michael Mukasey on the 18th day of October, 2012;

4) That service by certified mail was made upon John McHugh on or about the 18th day of October, 2012;

5) That to date, no Answer has been filed;