IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HUNTER P. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:12-cv-01024 |
| | ) JUDGE HAYNES |
| JOHN M. McHUGH, SECRETARY | ) |
| OF THE ARMY | ) |
| | ) |
| Defendant. | ) |

## MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

COMES NOW Defendant, by and through the United States Attorney and the undersigned counsel, and moves this Court to reschedule the Initial Case Management Conference in this action, now set for Friday, February 1, 2013, at 11:30 a.m.

Counsel for the Defendant has a previous commitment and will be traveling on February 1, 2013. Plaintiff's counsel has been contacted and has no opposition to this motion to reset. The parties respectfully request that the Initial Case Management Conference be reset to one of the following proposed dates:

-Any date and time during the weeks of February 11, 2013 or March 11, 2013; or

-Any time on March 1, 2013.

THEREFORE, based on the above, Defendant respectfully requests that the Initial Case Management Conference be rescheduled.

[signature on next page]

*Handwritten notation: ORDER. This motion was granted. [signature] 2-5-13*