IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HUNTER SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-01024 |
| | ) | Senior Judge Haynes |
| v. | ) | |
| | ) | |
| HON. JOHN M. MCHUGH, | ) | |
| Secretary of the Army, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 34) is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of September, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Court